**CITY OF PHILADELPHIA FIRE DEPARTMENT**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SLADEK)**

**Petition of: Scott Sladek**

**No. 405 EAL 2016**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of March, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether the Commonwealth Court, in a case of first impression, committed an error of law by misinterpreting Section 108(r) to require a firefighter diagnosed with cancer caused by an IARC Group I carcinogen to establish exposure to a specific carcinogen that causes his/her cancer in order to gain the rebuttable presumption provided by the law?

(2) Whether the Commonwealth Court committed an error of law by concluding that a legislatively-created presumption of compensability may be competently rebutted by a general causation opinion, based entirely upon epidemiology, without any opinion specific to the firefighter/claimant making the claim?

■

**Paul D. GUNDER, Respondent**

v.

**John R. YOST Jr., Petitioner**

**No. 751 MAL 2016**

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

AND NOW, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**